**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KARLY NELSON and EILEEN HIRSCH,
individually and on behalf of all others
similarly situated,

                              Plaintiffs,

                           v.

JOHN PAUL MITCHELL SYSTEMS,

                            Defendant.

Case No. 1:22-cv-06364

Judge Sharon Johnson Coleman
Magistrate Judge Heather K. McShain

**CONSOLIDATED CLASS ACTION**
**JURY DEMAND**

**JOINT MOTION TO CONTINUE PRESENTMENT HEARING ON PLAINTIFFS'**
**MOTION TO COMPEL**

Plaintiffs Karly Nelson and Eileen Hirsch and Defendant John Paul Mitchell Systems, by

and through counsel, jointly move the Court to continue the presentment hearing on Plaintiffs'

motion to compel, currently scheduled for August 28, 2024 at 10:00am, until October 1, 2024 to

allow the parties to discuss settlement. This motion is made in good faith and not for purposes of

delay.

Dated: August 27, 2024

Respectfully submitted,

/s/ *Max. S. Roberts* (per E-mail authorization)     VORYS, SATER, SEYMOUR AND PEASE LLP

**BURSOR & FISHER, P.A**                             /s/ *Stephen P. Benson*
Max S. Roberts                                       Stephen P. Benson
1330 Avenue of the Americas, 32nd Floor              Kimberly A. Beis
New York, New York 10019                             Mailing Address:
Telephone: (646) 837-7150                            200 Public Square #1400
Facsimile: (212) 989-9163                            Cleveland, OH 44114
Email: mroberts@bursor.com                           312-858-3705
                                                     312-858-3123
**MILBERG COLEMAN BRYSON**                           spbenson@vorys.com
**PHILLIPS GROSSMAN PLLC**                           kabeis@vorys.com
Nick Suciu III                                       Erin D. French (admitted pro hac vice)
6905 Telegraph Rd., Suite 115                        301 E. Fourth Street, Suite 3500
Bloomfield Hills, MI 483021                          Cincinnati, OH 45202
Tel: 313-303-3472                                    513-723-4022
Email: nusiu@milberg.com                             edfrench@vorys.com

**MILBERG COLEMAN BRYSON**                           *Counsel for Defendant*
**PHILLIPS GROSSMAN PLLC**                           *John Paul Mitchell System*
Gary M. Klinger
Russell Busch
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com
rbusch@milberg.com

**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
Jeffrey M. Ostrow
Kristen Lake Cardoso
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email: ostrow@kolawyers.com
cardoso@kolawyers.com

*Attorneys for Plaintiffs*